UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS OVERTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ATASCADERO STATE HOSPITAL,<br><br>　　　　　Respondent. | No. 2:16-cv-2585 AC P<br><br><br>ORDER |

Petitioner, a civil detainee proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner is presently incarcerated at Atascadero State Hospital in San Luis Obispo County. He is serving a sentence for a conviction rendered by the Alameda County Superior Court.

The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). In the instant case, petitioner's place of incarceration occurred in an area covered by the District Court for the Central District of California.

/////

/////

1

1 | Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
2 | transferred to the United States District Court for the Central District of California.  Id. at 499
3 | n.15; 28 U.S.C. § 2241(d).
4 | DATED: November 28, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE